JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NEWPORT VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:20-cv-01271-RSM<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 28, 2021 |

## I. STIPULATED MOTION

Come now, Plaintiff Newport Villa Condominium Owners Association ("Association") and Defendant Allstate Insurance Company ("Allstate"), by and through their respective counsel, and stipulate to this motion for a continuance of the deadlines for filing motions related to discovery and for discovery to be completed.

Counsel for the Association and Allstate have met and conferred and propose an extension of the following deadlines:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Filing Motions Related to Discovery | 07/02/2021 | 07/16/2021 |
| Discovery Completed By | 08/02/2021 | 08/16/2021 |

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED - 1

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

## II. GOOD CAUSE SHOWN

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here because the parties have agreed to enter into mediation of this matter on July 14, 2021. For purposes of judicial economy, the parties propose that the deadlines for filing motions related to discovery and for discovery to be completed be rescheduled until after the mediation date. No previous extensions of time have been requested or granted by the Court in this matter, and this extension is not made for purposes of delay, but rather to permit the parties additional time in an attempt to resolve this matter amicably without incurring substantial further costs or requiring additional time and resources on behalf of the Court. The parties respectfully request that the Court extend the currently scheduled deadlines as set forth above. A proposed order is included herewith.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jessica R. Burns*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Jessica Burns, WSBA 49852
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: jerry@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

**WILSON SMITH COCHRAN DICKERSON**

*/s/ Richard G. Gawlowski*
Alfred E. Donohue, WSBA 32774
Richard G. Gawlowski, WSBA 19713
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Phone: (206) 623-4100

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED - 2

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

Email: Donohue@wscd.com
Email: gawlowski@wscd.com
**Attorneys for Defendant**

STIPULATED MOTION AND ORDER TO
CONTINUE DEADLINE FOR FILING MOTIONS
RELATED TO DISCOVERY AND DEADLINE FOR
DISCOVERY TO BE COMPLETED - 3

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

# ORDER

Based on the above Stipulated Motion, IT IS SO ORDERED that the deadlines for filing motions related to discovery and for discovery to be completed are extended as follows:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Deadline for Filing Motions Related to Discovery | 07/02/2021 | 07/16/2021 |
| Discovery Completed By | 08/02/2021 | 08/16/2021 |

No other deadlines or events are altered.

**DATED** this 30th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jessica R. Burns*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Jessica Burns, WSBA 49852
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: jerry@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED - 4

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

**WILSON SMITH COCHRAN DICKERSON**

*/s/ Richard G. Gawlowski*
Alfred E. Donohue, WSBA 32774
Richard G. Gawlowski, WSBA 19713
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Phone: (206) 623-4100
Email: Donohue@wscd.com
Email: gawlowski@wscd.com
**Attorneys for Defendant**

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED - 5

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021 a copy of the foregoing ***Document*** and this ***Certificate of Service*** were served on counsel below as noted:

| | |
|---|---|
| <u>Attorneys for Allstate Insurance Company:</u><br>Alfred E. Donohue<br>Richard G. Gawlowski<br>Wilson Smith Cochran Dickerson<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164-2050<br>Phone: (206) 623-4100<br>Email:<br>Donohue@wscd.com;<br>gawlowski@wscd.com;<br>obrien@wscd.com;<br>strelyuk@wscd.com;<br>ossenkop@wscd.com;<br>mcneill@wscd.com | ☐ via US Mail<br>☐ via Legal Messenger<br>☑ via CM/ECF<br>☐ via E-Mail |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 28th day of June, 2021 at Seattle, Washington.

                       */s/ Banjugu Nyangado*
                       Banjugu Nyangado
                       Stein, Sudweeks & Stein, PLLC
                       2701 First Avenue, Suite 430
                       Seattle, WA 98121
                       Phone: (206) 388-0660
                       Email:temp@condodefects.com

STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND DEADLINE FOR DISCOVERY TO BE COMPLETED - 6

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660