JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NEWPORT VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:20-cv-01271-RSM<br><br>ORDER GRANTING DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS AND DOCUMENTS |

THIS MATTER, having come on for hearing before the Court on Defendant Allstate Insurance Company's Motion for Protective Order re: Depositions and Documents, and the Court being fully advised in the premises and having reviewed the case file and pleadings contained therein, having considered the arguments of the parties, and having considered or reviewed the following:

1. Defendant Allstate Insurance Company's Motion for Protective Order re: Depositions and Documents;

2. Declaration of Alfred E. Donohue in Support of Allstate's Motion for Protective Order re: Depositions and Documents, and exhibits thereto;

ORDER GRANTING DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS AND DOCUMENTS (Cause No. 2:20-cv-01271-RSM) – 1
6513.116/3932384x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

3. Declaration of Jacyln Groff in Support of Allstate's Motion for Protective Order re: Depositions and Documents;

4. Declaration of Peter McNeill in Support of Allstate's Motion for Protective Order re: Depositions and Documents;

5. Plaintiff's Response in opposition, if any, and any Declarations submitted in support of same, if any; and

6. Defendant Allstate's Reply,

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. Defendant Allstate Insurance Company's Motion for Protective Order re: Depositions and Documents is GRANTED;

2. Plaintiff's Notices of Deposition, Subpoenas to Testify at a Deposition in a Civil Trial, and Subpoenas Duces Tecum to Allstate's attorney, Alfred E. Donohue, and his paralegal, Peter McNeill, are hereby quashed and stricken;

3. Allstate Insurance Company's withholding of confidential documents listed on its Privilege Log is upheld as appropriate under the attorney-client and work-product privileges; and

4. _____ .

DATED this 14th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT ALLSTATE
INSURANCE COMPANY'S MOTION FOR PROTECTIVE
ORDER RE: DEPOSITIONS AND DOCUMENTS (Cause
No. 2:20-cv-01271-RSM) – 2
6513.116/3932384x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Presented by:

By *s/Alfred E. Donohue*
By *s/Richard G. Gawlowski*
Alfred E. Donohue, WSBA # 32774
Richard G. Gawlowski, WSBA # 19713
WILSON SMITH COCHRAN DICKERSON
901 5th Avenue, Suite 1700
Seattle, WA 98164
Telephone: 206-623-4100
Fax: 206-623-9273
E-mail: Donohue@wscd.com
E-mail: Gawlowski@wscd.com
Attorneys for Defendant
Allstate Insurance Company

ORDER GRANTING DEFENDANT ALLSTATE
INSURANCE COMPANY'S MOTION FOR PROTECTIVE
ORDER RE: DEPOSITIONS AND DOCUMENTS (Cause
No. 2:20-cv-01271-RSM) – 3
6513.116/3932384x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**Attorneys for Plaintiff**
Jessica R. Burns
Justin D. Sudweeks
Jerry H. Stein
Daniel Stein
Stein, Sudweeks & Stein
2701 First Avenue, Suite 430
Seattle, WA 98121
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
Email: jessica@condodefects.com
justin@condodefects.com;
jstein@condodefects.com;
dstein@condodefects.com

**SIGNED** this 12th day of July, 2021, at Seattle, Washington.

*s/Mark Gockley*
Mark Gockley

---

ORDER GRANTING DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER RE: DEPOSITIONS AND DOCUMENTS (Cause No. 2:20-cv-01271-RSM) – 4
6513.116/3932384x



WILSON SMITH COCHRAN DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273