1
2
HONORABLE RICARDO S. MARTINEZ
Trial Date: 11/29/2021

3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9
10
11
12

NEWPORT VILLA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,

Plaintiff,

13
14

vs.

15
16

ALLSTATE INSURANCE COMPANY, an Illinois corporation; and DOE INSURANCE COMPANIES 1-10,

17

Defendants.

No. 2:20-cv-01271-RSM

STIPULATED MOTION AND ORDER OF DISMISSAL

Note on Motion Calendar: 08/06/2021

18

## **STIPULATION**

19
20
21

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

22
23

//

24

//

25
26

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 2:20-cv-01271-RSM) – 1
ys/AED6513.116/3936514X



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

DATED this 6th day of August, 2021.

By  *s/Alfred E. Donohue*
    Alfred E. Donohue, WSBA No. 32774
    WILSON SMITH COCHRAN DICKERSON
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164
    Phone: 206-623-4100
    Fax: 206-623-9273
    Email: donohue@wscd.com
    Of Attorneys for Defendant Allstate

DATED this 6th day of August, 2021.

By  *s/Justin D. Sudweeks*
    Justin D. Sudweeks, WSBA No. 28755
    Stein, Sudweeks & Stein
    2701 1st Avenue, Suite 430
    Seattle, WA 98121
    Phone: 206-388-0660
    Fax: 206-286-2660
    Email: justin@condodefects.com
    Of Attorneys for Plaintiff

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 2:20-cv-01271-RSM) – 2
ys/AED6513.116/3936514X

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**ORDER OF DISMISSAL**

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 9th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By   *s/Alfred E. Donohue*
    Alfred E. Donohue, WSBA No. 32774
    WILSON SMITH COCHRAN DICKERSON
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164
    Phone: 206-623-4100
    Fax: 206-623-9273
    Email: donohue@wscd.com
    Of Attorneys for Defendant Allstate

Approved as to form; notice of presentation waived:


By   *s/Justin D. Sudweeks*
    Justin D. Sudweeks, WSBA No. 28755
    Stein, Sudweeks & Stein
    2701 1st Avenue, Suite 430
    Seattle, WA 98121
    Phone: 206-388-0660
    Fax: 206-286-2660
    Email: justin@condodefects.com
    Of Attorneys for Plaintiff

STIPULATED MOTION AND ORDER OF DISMISSAL (Cause No. 2:20-cv-01271-RSM) – 3
ys/AED6513.116/3936514X



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

The undersigned certifies that on the below date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Jessica R. Burns
Justin D. Sudweeks
Jerry H. Stein
Daniel Stein
Stein, Sudweeks & Stein
2701 First Avenue, Suite 430
Seattle, WA 98121
Email:  Jessica@condodefects.com
justin@condodefects.com
JStein@condodefects.com
dstein@condodefects.com

**SIGNED** this 6th day of August, 2021, at Seattle, Washington.

_____
Yana Strelyuk

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 2:20-cv-01271-RSM) – 4
ys/AED6513.116/3936514X



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273